✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ John C. Ellis, Jr.

| Date | Signature |

Print Name | Bar Number

Address

City | State | Zip Code

Phone Number | Fax Number